UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 16-8372-DMG (AFMx)** | Date | October 16, 2017 |
| Title | *The Ashley Collection Inc. v. SBB Shipping USA Inc., et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON DEFENDANT SBB SHIPPING USA INC.**

On March 13, 2017, the Court issued an Order providing that "[n]o case will proceed to trial unless all parties, including the principals of all corporate parties, have appeared personally at a settlement conference." [Doc. # 43.] Also on that date, the Court ordered the parties to participate in private mediation. [Doc. # 44.]

On October 12, 2017, Plaintiff The Ashley Collection Inc. filed a Report re Mediation and Request for Settlement Conference with a Magistrate, wherein Plaintiff asserted that Defendant SBB Shipping USA Inc.'s principals did not participate in a mediation session that was conducted on August 17, 2017. [Doc. ## 77, 77-1.]

Defendant SBB Shipping USA Inc. is hereby **ORDERED TO SHOW CAUSE** why the Court should not sanction it for violating the Court's Orders by failing to participate in the mediation session. Defendant SBB Shipping USA Inc. shall file its response by no later than **October 20, 2017**.

Furthermore, the parties are **ORDERED** to schedule a mandatory settlement conference with Magistrate Judge MacKinnon. Any such conference shall be conducted prior to the November 14, 2017 settlement conference completion deadline.

**IT IS SO ORDERED.**

cc: Magistrate Judge MacKinnon